THE PEOPLE ex rel. FRANZ KROHN, Appellant, *v.* WALTER T. MILLER, as Treasurer of the NEW YORK COTTON EXCHANGE, Respondent.

(Argued June 4, 1889; decided June 18, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 6, 1886, which affirmed a judgment in favor of defendant, entered upon the report of a referee.

*Purdy Van Vleit* for appellant.

*Francis M. Scott* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

LUCINDA H. BRUSH, Appellant, *v.* GEORGE EVANS, Respondent.

(Submitted June 18, 1889; decided June 25, 1889.)

MOTION to dismiss appeal from a judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 3, 1886, which reversed a judgment in favor of plaintiff, entered upon a verdict.

*George F. Martens* for motion.

*Wakeman & Campbell* opposed.

Agree to grant motion; no opinion.
All concur, except BROWN, J., not voting.
Appeal dismissed.